**Charles Ray CARTER, Plaintiff— Appellant,**

v.

**Joe MITCHELL, Sheriff of the York County Sheriff's Department; James Teddy, Lieutenant; Billy Donahue, Correctional Officer; R. Hill, Correctional Officer, Defendants—Appellees.**

No. 04–6705.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 20, 2004.

Decided Aug. 27, 2004.

---

**374**

Charles Ray Carter, Appellant pro se. Ronald Keith Wray, II, Gallivan, White & Boyd, PA, Greenville, South Carolina, for Appellees.

Before WILLIAMS, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles Ray Carter appeals the district court's order denying Carter's motion to reopen this action, in which a jury verdict was returned in 1996. Our review of the record discloses no abuse of discretion. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*